1 | KEVIN V. RYAN (CASBN 118321)
United States Attorney

2

3 | EUMI L. CHOI (WVBN 07225)
Chief, Criminal Division

4 | H. H. (SHASHI) KEWALRAMANI (TXSBN 796879)
Assistant United States Attorney

5

6 | 150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-50610

7 | Facsimile: (408) 535-5066

8 | Attorneys for Plaintiff

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN JOSE DIVISION

12 | UNITED STATES OF AMERICA,        )   Case No.  05-70140 PVT
                                     )
13 |        Plaintiff,                )   [PROPOSED] ORDER GRANTING
                                     )   STIPULATION TO WAIVE TIME
14 | v.                               )   UNDER SPEEDY TRIAL CLOCK AND
                                     )   FOR PRELIMINARY HEARING
15 | SHIN-GUO TSAI,                   )
                                     )   Date:  July 28, 2005
16 |        Defendant.                )   Time:  9:30 a.m.
                                     )   Before the Honorable Howard R. Lloyd
17 | _____)

18 | [PROPOSED] ORDER

19 | This matter is set to come before the Court on July 28, 2005 at 9:30 a.m. for preliminary

20 | hearing or arraignment.  Pursuant to Federal Rule of Criminal Procedure 5.1(d), the Defendant

21 | waived time for preliminary hearing until August 25, 2005 at 9:30 a.m.  The parties notified the

22 | Court that the parties are engaged in discussions to resolve the matter pre-Indictment.  The

23 | parties requested that the period of time between July 28, 2005 and August 25, 2005 be excluded

24 | from the Speedy Trial Clock to allow for the to allow for the continuity of counsel, because the

25 | defendant's lead counsel is out of the country.  Good cause appearing therefor,

26 |    **IT IS HEREBY ORDERED** that the period of time between July 28, 2005 and August 25,

27 | 2005 is excluded from the Speedy Trial Clock to allow for the continuity of counsel.  18 U.S.C.

28

[PROPOSED] ORDER GRANTING PRELIMINARY
HEARING EXTENSION AND EXCLUSION
Case No.  05-70140 PVT                    1

1 § 3161(h)(8)(B)(iv). The Court finds that the "ends of justice served by the granting of such
2 continuance outweigh[s] the best interests of the public and the defendant in a speedy trial." 18
3 U.S.C. § 3161(h)(8)(A). Additionally, the Court finds that the Defendant, Shin-Guo Tsai,
4 knowingly and voluntarily waived the period between July 28, 2005 and August 25, 2005, such
5 that preliminary hearing is now scheduled for August 25, 2005 at 9:30 a.m.

6 DATED: 7/26/05

_____
HOWARD R. LLOYD
United States Magistrate Judge

10 Distribute to:

11 John D. Robertson
Law Offices of John D. Robertson
12 1055 Wilshire Blvd., Suit 1702
Los Angeles, CA 90017
13 Counsel for Defendant

14 Vivian Lu
Law Offices of Vivian Lu
15 35485-B Dumbarton Court
Newark, CA 94560
16 Counsel for Defendant

17 H. H. (Shashi) Kewalramani
Assistant United States Attorney
18 150 Almaden Blvd., Suite 900
San Jose, CA 95113
19 Counsel for Plaintiff

[PROPOSED] ORDER GRANTING PRELIMINARY
HEARING EXTENSION AND EXCLUSION
Case No. 05-70140 PVT                    2